CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED for
RHL
FEB 0 6 2006
JOHN F. CORCORAN, CLERK
BY: H McDonald
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ROBERT LEE TRENT, )<br>Petitioner, ) | Civil Action No. 7:06CV00063 |
| )<br>v. ) | **FINAL ORDER** |
| )<br>UNITED STATES OF AMERICA, )<br>Respondent. ) | By: Hon. Jackson L. Kiser<br>Senior United States District Judge |

In accordance with the memorandum opinion entered this day, it is now

**ORDERED**

as follows:

1. The petitioner's motion challenging subject matter jurisdiction under 28 U.S.C. § 1331 shall be and hereby is **CONSTRUED** as a motion to vacate, set aside or correct sentence, pursuant to 28 U.S.C. § 2255, and **DISMISSED** as successive; and

2. This action shall be and hereby is **STRICKEN** from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the petitioner and counsel of record for the respondent, if known.

ENTER: This 6th day of February, 2006.

*/s/ Jackson L. Kiser*
Senior United States District Judge